# United States Court of Appeals
## For the Eighth Circuit

_____

No. 14-1233

_____

Paul M. Gordon

*Plaintiff - Appellant*

v.

Bonnie Lee Ann Draper

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Western District of Arkansas - Hot Springs

_____

Submitted: June 17, 2014
Filed: June 27, 2014
[Unpublished]

_____

Before LOKEN, MURPHY, and SMITH, Circuit Judges.

_____

PER CURIAM.

Paul Gordon appeals the district court's[1] pre-service dismissal of his 42 U.S.C. § 1983 action against Bonnie Draper, a private person who has allegedly prevented Gordon's mail from being delivered to his son, who lives with Draper. Upon de novo review, see Moore v. Sims, 200 F.3d 1170, 1171 (8th Cir. 2000), we conclude the district court properly dismissed the complaint with prejudice under 28 U.S.C. § 1915(e)(2) because it failed to state a claim upon which § 1983 relief can be granted for the reasons stated in Magistrate Judge Bryant's Report and Recommendation. This is a merits dismissal under Rule 12(b)(6) of the Federal Rules of Civil Procedure, not a dismissal for lack of subject matter jurisdiction. See, e.g., Morrison v. Nat'l Australia Bank, Ltd., 561 U.S. 247, 254 (2010). As so modified, the judgment of the district court is affirmed. See 8th Cir. R. 47B.

_____

[1]The Honorable Robert T. Dawson, United States District Judge for the Western District of Arkansas, adopting the report and recommendations of the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.